

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-16-2010

# Coastal Outdoor Advertising Gr v. Township of East Hanover

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-3242

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Coastal Outdoor Advertising Gr v. Township of East Hanover" (2010). *2010 Decisions.* Paper 254.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/254

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 09-3242
_____

COASTAL OUTDOOR ADVERTISING GROUP, LLC,
Appellant

v.

TOWNSHIP OF EAST HANOVER, NEW JERSEY

On Appeal from the United States District Court
for the District of New Jersey
No. 2-07-cv-04330
District Judge: Honorable Katharine S. Hayden

Submitted Pursuant to
Third Circuit LAR 34.1(a)
September 20, 2010

Before: McKee, *Chief Judge*, Ambro and Chagares, *Circuit Judges.*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED**, that the slip opinion filed in this case on October

14, 2010, be amended as follows:

On pages 1-2, the sentence, "We are asked to review the district

court's grant of summary judgment in favor of Coastal Outdoor Advertising

Group in its action against East Hanover Township," should be changed to

read as follows: "We are asked to review the district court's grant of

summary judgment in favor of the Township of East Hanover in an action

brought by Coastal Outdoor Advertising Group, L.L.C."

**IT IS SO ORDERED.**


BY THE COURT,

/s/ Theodore M. McKee
Chief Judge


DATED:  November 16, 2010